# United States District Court

-------------------------- DISTRICT OF KANSAS---------------------

**KELLY JO NYANJOM,** on behalf of herself and others similarly situated,

    Plaintiff**,**

    v**.**

**NPAS SOLUTIONS, LLC,**

    Defendant**.**

Case No. 21-CV-1171-JAR-ADM

**Defendants,**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That pursuant to the Court's Memorandum and Order filed on January 19, 2022 (Doc. 36), that Defendant NPAS Solutions, L.L.C.'s Motion to Dismiss (Doc. 5) under Fed. R. Civ. P. 12(b)(1) is **granted**; Plaintiff's case under § 1692c(b) is **dismissed without prejudice** for lack of Article III standing.

| | |
|---|---|
| 1/19/2022 | SKYLER B. O'HARA |
| Date | CLERK OF THE DISTRICT COURT |
| | by: _s/Bonnie Wiest_ |
| | Deputy Clerk |